# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

MARK ALAN LANE,                              )
                                             )
                          Petitioner,        )
                                             )          CIVIL ACTION
v.                                           )
                                             )          No. 16-3105-JWL
CLAUDE MAYE, Warden                          )
USP-Leavenworth,                             )
                                             )
                          Respondent.        )
                                             )

## ORDER TO SHOW CAUSE

This matter is a petition for habeas corpus filed pursuant to 28 U.S.C. 2241. The court has examined the record and finds that a responsive pleading is required.

IT IS, THEREFORE, BY THE COURT ORDERED that the respondent is hereby required to show cause within twenty (20) days from the date of this order why the writ should not be granted; that the petitioner is granted ten (10) days after receipt of respondents' answer and return to file a traverse thereto, admitting or denying under oath all factual allegations therein contained; and that the file then be returned to the undersigned judge for such further action as may be appropriate.

Copies of this order shall be transmitted to the parties and to the U.S. Attorney for the District of Kansas.

**IT IS SO ORDERED.**

**Dated this 25th day of May, 2016 at Kansas City, Kansas.**

s/ John W. Lungstrum

**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT  JUDGE**